UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES - GENERAL</u>

Case No.    ED CV 09-01746-SGL(OPx)                               Date: November 5, 2009

Title:     LAURE L. BOWMAN -v- EMC MORTGAGE CORPORATION, ET AL
==============================================================
PRESENT:   HONORABLE AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE

Cindy Sasse                                 N/A
Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                         N/A


PROCEEDINGS:   IN CHAMBERS (NO PROCEEDINGS HELD) RE: MOTION HEARING ON DEFENDANTS' EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, NO. 4


     Due to the unavailability of the judicial officer, the motion hearing set for November 16, 2009, at 10:00 a. m., is continued to November 23, 2009, at 10:00 a. m.

     IT IS SO ORDERED.


MINUTES FORM 90                                              Initials of Deputy Clerk<u>: cls</u>
CIVIL -- GEN                    Page 1